435 A.2d 1325

Commonwealth v. Rawls, Appellant.

 Argued September 11, 1980. Adam O. Renfroe, submitted a brief on behalf of appellant; Franklin L. Noel, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

Judgment of sentence affirmed.